UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 03-15-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| HUGH RUSSELL CAMPBELL, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the order entered on even date herewith, **IT IS ORDERED:**

(1) that Defendant's Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255 [Record No. 31] is **DENIED**;

(2) that no certificate of appealability shall issue;

(3) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**; and

(4) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This is the 9th day of July, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge